

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| GREG ABBOTT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS, | § § | No. 08-21-00149-CV |
| Appellant, | § | Appeal from the |
| | § | County Court at Law No. 7 |
| v. | § | of El Paso, Texas |
| CITY OF EL PASO, | § | (TC# 2021-DCV-2805) |
| Appellee. | § | |

## **O R D E R**

The City of El Paso has filed a motion for emergency relief under Rule 29.3, seeking to overturn an automatic stay and reinstate the temporary injunction issued by the trial court pending interlocutory appeal. *See* Tex.R.App.P. 29.3; *In re Tex. Educ. Agency*, 619 S.W.3d 679 (Tex. 2021).

The Court has determined that it will take no action on this motion pending a response from the Governor and a reply from the City. The parties are directed to specifically address what effect, if any, the stay order issued by the Texas Supreme Court in *In re Abbott (City of San Antonio)*, No. 21-0720 (Tex. Aug. 26, 2021) (order), has on this matter.

The response from the Governor is due THURSDAY, SEPTEMBER 9, 2021, AT NOON MDT.

The reply from the City is due FRIDAY, SEPTEMBER 10, 2021 by 5 P.M.

IT IS SO ORDERED this 8th day of September, 2021.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley JJ.